No. **CR 08 00085 JF** ~~SEALED BY ORDER OF COURT~~

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA
### vs.
## GEORGE WAYNE HALLDIN

# INDICTMENT

| | |
|---|---|
| **COUNT ONE**: | 18 U.S.C. § 2252(a)(2) – Distribution of Material Involving the Sexual Exploitation of Minors; |
| **COUNT TWO**: | 18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors; |
| **COUNT THREE**: | 18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors; |

*A true bill.*

_____
Foreperson

Filed in open court this __2__ day of __20__

A.D. 200**8**

_____
United States Magistrate Judge

Bail. $ __No Bail arrest warrant__

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

*08 FEB 20  P 1: 42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER
OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JF

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>GEORGE WAYNE HALLDIN,<br><br>       Defendant. | CR No. 08 00085<br><br>VIOLATIONS: 18 U.S.C. § 2252(a)(2) – Distribution/Receipt of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. §§ 2253(a)(1) & (a)(3) – Criminal Forfeiture<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2252(a)(2) – Distribution of Material Involving the Sexual Exploitation of Minors)

On or about December 5, 2006, in the Northern District of California, the defendant,

GEORGE WAYNE HALLDIN,

did knowingly and intentionally distribute, by means of computer, certain visual depictions which had been shipped and transported in interstate and foreign commerce, the producing of which (1) involved the use of one and more minors engaging in sexually explicit conduct, and (2) depicted such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

INDICTMENT

COUNT TWO: (18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors)

On or about December 2, 2006, in the Northern District of California, the defendant,

GEORGE WAYNE HALLDIN,

did knowingly and intentionally receive, by means of computer, certain visual depictions which had been shipped and transported in interstate and foreign commerce, the producing of which (1) involved the use of one and more minors engaging in sexually explicit conduct, and (2) depicted such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT THREE: (18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors)

On or about June 27, 2007, in the Northern District of California, the defendant,

GEORGE WAYNE HALLDIN,

did knowingly and intentionally possess one and more electronically-stored visual depictions which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the producing of which (1) involved the use of one and more minors engaging in sexually explicit conduct, and (2) depicted such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

The allegations contained in Counts One through Three of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses alleged in Counts One through Three above, or any of them, the defendant,

GEORGE WAYNE HALLDIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to, a Sony Vaio laptop computer, serial

1 | number C3LMTQGZ, and a Toshiba hard drive, model MK8032GSX, serial number
2 | 961M7204S, which was seized from 48350 Milmont Drive, Fremont, California.

4 | DATED: 2/20/08                     A TRUE BILL.

                                       _____
                                       FOREPERSON

8 | JOSEPH P. RUSSIONELLO
  | United States Attorney

10 | _____
   | DAVID R. CALLAWAY
11 | Deputy Chief, San Jose Branch Office

13 | (Approved as to form: _____ )
   |                       AUSA Choi

INDICTMENT                              3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

── OFFENSE CHARGED ──

SEE ATTACHED SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHED SHEET

FILED BY ORDER OF COURT

── DEFENDANT - U.S. ──
▶ GEORGE WAYNE HALLDIN

DISTRICT COURT NUMBER
CR 08 00085 JF

── DEFENDANT ──
IS NOT IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

── PROCEEDING ──
Name of Complaintant Agency, or Person (&Title, if any)

WADE LUDERS, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   EUMI CHOI

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NONE

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

CHARGES:

COUNT ONE:     18 U.S.C. § 2252(a)(2) – Distribution of Material Involving the Sexual Exploitation of Minors;

COUNT TWO:     18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors;

COUNT THREE:   18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors;

PENALTIES:

COUNT ONE:     5-20 years imprisonment (without a prior conviction); $250,000 fine, 3 years supervised release; $100 special assessment fee

COUNT TWO:     5-20 years imprisonment (without a prior conviction); $250,000 fine, 3 years supervised release; $100 special assessment fee

COUNT THREE:   Maximum of 10 years imprisonment, $250,000 fine, 3 years supervised release; $100 special assessment fee