JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5079
FAX: (408) 535-5066

Attorneys for Plaintiff

**SEALED BY ORDER OF COURT**

FILED
2008 FEB 20 P 1:43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) CR 08 00085 JF
          Plaintiff,           )
                               ) UNITED STATES' MOTION TO SEAL
     v.                        ) INDICTMENT
                               )
GEORGE WAYNE HALLDIN,          )
                               )
          Defendant.           )
_____)

The United States, through undersigned counsel, respectfully moves this Court to seal the above-captioned indictment. If such documents were publicly available, it would impede law enforcement's ability to apprehend the defendant.

DATED: February 20, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

EUMI CHOI
Assistant United States Attorney

## ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the indictment in the above-captioned matter be sealed.

DATED: 2/20/08

PATRICIA V. TRUMBULL
United States Magistrate Judge