UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, February 27, 2008
**Case Number:** CR-08-00085-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     UNITED STATES OF AMERICA V. GEORGE HALLDIN

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | George Halldin |
| **Attorneys Present:** Eumi Choi | **Attorneys Present:** Nick Humy |

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. Continued to 4/2/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.