## PROPOSED ORDER/COVER SHEET

TO:      **Honorable Patricia Trumbull**           RE:    **George Halldin**
            **U.S. Magistrate Judge**

*FILED*
*MAR 0 4 2008*

FROM:    **Claudette M. Silvera, Chief**      **DOCKET NO.:**    **CR08-0085 JF**
          **U.S. Pretrial Services Officer**

*COURT CALIFORNIA*

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Anthony Granados__                   __(408) 535-5223__
**U.S. Pretrial Services Officer**             **TELEPHONE NUMBER**

RE:    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5
_____ on _3/6/08_ at _11:00 AM_ .

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐    Modification(s)

    A.

    B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**                  **DATE** _3/4/08_

Cover Sheet (12/03/02)