| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 29 min. | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Corinne Lew | | | REPORTER/FTR<br>FTR: 11:06 - 11:35 | | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | | DATE<br>3/6/08 | | NEW CASE<br>☐ | | CASE NUMBER<br>CR 08-00085 JF | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>George Halldin | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Nick Humy | | PD. ☒ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>E. Choi | | INTERPRETER | | FIN. AFFT ☐<br>SUBMITTED | | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>A. Granados | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☒ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY<br>$ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET | |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON. | ☐ DETENTION HEARING | | | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

BAIL REVIEW HEARING HELD. THE DEFENDANT IS ALLOWED TO GO FROM HOME TO WORK AT THE FREMONT PLANT AND ANYTHING ELSE HE HAS TO DELIGATE TO COWORKERS. HE CAN HAVE A CELL PHONE BUT MUST PROVIDE PRETRIAL SERVICES WITH A COPY OF HIS CELL PHONE BILL. DEFENDANT'S ATTORNEY WILL PREPARE A PROPOSED MODIFICATION OF CONDITIONS FOR JUDGE'S SIGNATURE.