BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant George Wayne Halldin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00085-JF |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE STATUS REVIEW HEARING FROM APRIL 2, 2008 TO APRIL 9, 2008; [PROPOSED] ORDER** |
| v. | ) ) | |
| GEORGE WAYNE HALLDIN, | ) ) | |
| Defendant. | ) ) | |

      Mr. Halldin and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status review hearing date in the above-captioned matter, presently scheduled for Wednesday, April 2, 2008, at 9:00 a.m., be continued to Wednesday, April 9, 2008, at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr. Halldin.

      The parties further agree and stipulate that time should be excluded from and including April 2, 2008 through and including April 9, 2008, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

///

1 exclusion of time will serve the interest of justice and outweigh the interest of the public and
2 defendant in a speedy trial.

3
4 Dated: 4/1/08                                                      /s/_____
                                                                          NICHOLAS P. HUMY
                                                                          Assistant Federal Public Defender
5
6 Dated: 4/1/08                                                      /s/_____
                                                                          EUMI L. CHOI
                                                                          Assistant United States Attorney
7

8 **ORDER**

9    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the status review
10 hearing currently set for April 2, 2008 is continued to April 9, 2008 at 9:00 a.m. as well as the
11 period of delay from April 2, 2008, to and including April 9, 2008, be excluded for purposes of
12 Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A)
13 and 3161(h)(8)(B)(iv).
14 Dated:                                                          _____
                                                                          JEREMY FOGEL
15                                                                        United States District Judge

16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING HEARING
No. CR 08-00085-JF                                        2