# PROPOSED ORDER/COVER SHEET

TO: Honorable Patricia Trumbull  
     U.S. Magistrate Judge

RE: **GEORGE HALLDIN**

FROM: Claudette M. Silvera, Chief  
       U.S. Pretrial Services Officer

DOCKET NO.: CR07-00085 JF

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Anthony Granados**  
U.S. Pretrial Services Officer

(408) 535-5223  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 3, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [x] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on 4/4/08 at 11:00 AM pvt

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)  
  A.  
  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [x] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [ ] Other Instructions:

_____  
JUDICIAL OFFICER

4/3/08  
DATE

Cover Sheet (03/26/08)