**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, April 9, 2008
**Case Number:** CR-08-00085-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:       **UNITED STATES OF AMERICA V. GEORGE HALLDIN**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | George Halldin |
| **Attorneys Present:** Eumi Choi | **Attorneys Present:** Nick Humy |

PROCEEDINGS:

Further status review hearing held. Counsel are present and advise the defendant is deceased. The Court takes the matter off calendar.