| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | EUMI L. CHOI (WVBN 722)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard<br>San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00085-JF |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| GEORGE WAYNE HALLDIN, | ) | |
| | ) | (San Jose Venue) |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 4-9-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 08-00085-JF)

1  Leave is granted to the government to dismiss the indictment.

2

3  Date: _____                    _____
                                              JEREMY FOGEL
4                                             United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28